

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of J.F.B., a Juvenile

No. 06-22-00056-CV

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. J01782). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

       As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

       We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 14, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk